UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
Gary Martin, Individually and as the          *
Administrator of the Estate of Carol Martin,  *
and as Parent and Next Friend of S.M. and     *
and R.M.,¹ and Joseph Martin and              *
Sean Martin, Individually,                    *
                                              *
        Plaintiffs                             *
                                              *
vs.                                           *     CIVIL NO. 11-CV-593-JL
                                              *
United States of America,                     *
                                              *
        Defendant                             *
                                              *
* * * * * * * * * * * * * * * * * * * * * * *
```

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action against the United States shall be dismissed, with prejudice, each party to bear its own costs expenses, and fees, and the Court will not retain jurisdiction over this action or the settlement of this action.

SO AGREED.

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR THE UNITED STATES: |
|---|---|
| ABRAMSON, BROWN & DUGAN. P.A. | U.S. DEPARTMENT OF JUSTICE |
| By:     /S/ Holly B. Haines | By:    /S/ Taheerah K. El-Amin |
| Holly B. Haines, Esquire | Taheerah K. El Amin, Esquire |
| NH Bar No.14559 | Trial Attorney, Torts Branch |

---

¹The minor children are referred to by their initials only in accordance with Fed. R. Civ. P. 5.2. Since settlement approval, while this settlement claim was being processed by the U.S. Treasury, minor plaintiff, S.M., Seamus Martin, reached the age of majority.

| | |
|---|---|
| 1819 Elm Street | DC Bar No. 500980 |
| Manchester, NH  03104 | United States Department of Justice |
| (603) 627-1819 | Benjamin Franklin Station |
| Hhaines@arbd.com | Post Office Box 888 |
| | Washington, D.C. 20044 |
| | (202) 616-4270 |
| | Taheerah.El-Amin@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was sent via the Court's electronic filing transmission facilities to:

Taheerah K. El Amin, Esquire
United States Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, D.C. 20044
(202) 616-4270
Taheerah.El-Amin@usdoj.gov

                                          /S/ Holly B. Haines
                                     Holly B. Haines, Esquire
                                     NH Bar No. 14559